JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

STEPAN VLADIMIROVICH MAKAROV,

            Petitioner,

    v.

TODD BLANCHE, et al.,

           Respondents.

No. 5:26-cv-02744 DSR

**JUDGMENT**

    Pursuant to the Court's Order Granting Petition and Issuing Writ of Habeas Corpus for Immediate Release,

    IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted, and that judgment is entered in favor of Petitioner and against Respondents. The Order constitutes final disposition of the Petition by the Court.

DATED: June 10, 2026       _____

                            HON. DANIEL S. ROBERTS
                        UNITED STATES MAGISTRATE JUDGE